**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 26-1331**

_____

In re: HAMZA TEBIB, individually and derivatively on behalf of his 2 business entities,

        Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Raleigh.  (5:25-cv-00358-D-KS)

_____

Submitted:  May 11, 2026                              Decided:  May 13, 2026

_____

Before NIEMEYER, KING, and RICHARDSON, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Hamza Tebib, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hamza Tebib petitions for a writ of mandamus, alleging that the district court Clerk has unduly delayed in entering default against certain Defendants under Fed. R. Civ. P. 55(a).  He seeks an order from this court directing the district court Clerk to act.  The present record does not reveal undue delay by the district court Clerk.  Accordingly, we deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*